No. 36, Orig.　Texas *v.* Louisiana, 410 U. S. 702;

No. 72–5831.　Rothstein et al. *v.* Wyman, Commissioner, Department of Social Services of New York, et al., *ante,* p. 921;

No. 72–6117.　Owens *v.* United States, *ante,* p. 935; and

No. 72–6204.　LeBrun *v.* Cupp, Penitentiary Superintendent, *ante,* p. 919.　Petitions for rehearing denied.